Jonathan M. Herman (JH-8388)
Joshua Colangelo-Bryan (JCB-6838)
Stephen M. Raab (SR-0742)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
(212) 415-9200

Attorneys for Defendants CIS Financial
Services, Inc., Cargill, Inc., and Cargill
Investor Services, Inc.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JF CORPORATION and INTERCITRUS
EXPORT LTD.,

                  Plaintiffs,

               -against-

CIS FINANCIAL SERVICES, INC., CARGILL,
INC., and CARGILL INVESTOR SERVICES, INC.,

                  Defendants.
------------------------------------------------------------------X

07 Civ. _____

## DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendants, by their attorneys, Dorsey & Whitney LLP, state that:

1.    CIS Financial Services, Inc. was dissolved effective May 19, 2006, and has no corporate ownership information to report.

2.    Cargill Investor Services, Inc. is a wholly owned subsidiary of Cargill, Inc.

3. Cargill, Inc. has no parent corporation and no publicly held corporation holds 10 percent or more of its stock.

Dated: New York, New York
April 24, 2007

**DORSEY & WHITNEY LLP**

By: _____
Jonathan M. Herman (JH-8388)
Joshua Colangelo-Bryan (JCB-6838)
Stephen M. Raab (SR-0742)
250 Park Avenue
New York, New York  10177
(212) 415-9200

Attorneys for Defendants

- 2 -

4821-8089-1649\3