

# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW
40 WALL STREET
NEW YORK, NY 10005-2349

TELEPHONE: (212) 471-8500
FAX: (212) 344-3333
WWW.HERZFELD-RUBIN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/07

May 17, 2007

Michael B. Sena
Direct Line: (212) 471-8527
msena@herzfeld-rubin.com

**VIA TELECOPIER AND FIRST CLASS MAIL**
212-805-7948

*The IPTC for July 27, 2007, is adjourned. A pre-motion conference on defendants' proposed motion to dismiss shall be held on June 22, 2007 at 11:00AM.*

Hon. Richard J. Holwell
United States District Judge
United States District Court
500 Pearl Street, Room 1950
New York, New York 10007

Re:   JF Corporation, et al. v. CIS Financial Services, Inc., et al.
      07 Civ 3287

*SO ORDERED*
[signature]
US DJ
5/17/07

Dear Judge Holwell:

We represent the plaintiffs in the above-entitled action which was removed by the defendants to this Court.

Without belaboring the Court with a recitation of the detailed procedural history of the prior action we commenced in the Supreme Court, New York County (the "State Court Action"), defendants took the position in that action that we had sued the wrong entity insofar as CIS Financial Services, Inc. ("CIS") is concerned. We originally named and served Cargill Financial Investor Services, Inc. ("CFIS") and later amended our Complaint to name CIS Financial Services, Inc. ("CIS"). We believe that service was properly effectuated on those defendants. While it was and is our position in the State Court Action, that we properly named and served CIS, and that any mistake in the identity of that party was a minor misnomer, defendants contended to the contrary. If the defendants are correct in their position, then the dismissal of the State Court Action does not affect our rights as against CIS. If we are correct, then the viability of the State Court Action will have to be determined by the Appellate Division, First Department, in our appeal from the dismissal of the action. We intend on filing our appeal brief within the next several weeks.

However, in order to protect and preserve plaintiffs' rights as against CIS, we refiled the Complaint in State Court against the defendants. Defendants then removed the action to this Court. After the present Complaint was filed, I had a conversation with defendants' counsel and requested that he stipulate that the defendants would not raise any issue concerning

HERZFELD & RUBIN LLP
1925 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067-2783
TELEPHONE (310) 553-0451

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY SUITE 1100
LIVINGSTON, NEW JERSEY 07039-1022
TELEPHONE (973) 535-8840

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7, STRADA PUTUL CU PLOPI
BUCHAREST 1, ROMANIA
TELEPHONE (40) (21) 311-1460
FAX (40) (21) 311-1466

HERZFELD & RUBIN, P.C.

Hon. Richard J. Holwell
May 17, 2007
Page 2

the identity of CIS. However, he has refused to do so. It seems to me that this action can be resolved without further litigation and each party's rights could be adequately protected. We are prepared to litigate the merits of this case before Your Honor, though, if the Court feels that that is necessary or appropriate.

                                    Respectfully submitted,

                                    Michael B. Sena

MBS:ms
cc:    Jonathan Herman, Esq. (via e-mail and fax)