```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

J F CORPORATION, et al,                    :    07 Civ. 03287 (RJH)
                                           :
            Plaintiffs,                    :
                                           :
    -against-                              :    **ORDER**
                                           :
C I S FINANCIAL SERVICES, et al            :
                                           :
            Defendants.                    :
                                           :
-------------------------------------------------------------x

          On July 27, 2007, a conference was held in this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York. Present before the Court were all parties represented by their attorneys. The Court established the following schedule:

1. Defendants' to file motion to dismiss by September 14, 2007.

2. Plaintiffs' opposition papers shall be filed by October 15, 2007.

3. Defendants' reply, if any, shall be filed by October 30, 2007.

4. Oral argument to be held on November 20, 2007 at 10:00 am.


Dated: New York, New York
August 14, 2007
SO ORDERED:

_____
Richard J. Holwell
United States District Judge