**DORSEY**

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 9/ |

JONATHAN M. HERMAN
(212) 415-9247
FAX (212) 953-7201
herman.jonathan@dorsey.com

August 28, 2007

## VIA MESSENGER

Honorable Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

> Re: JF Corporation and Intercitrus Export Ltd. against
> CIS Financial Services, Inc., Cargill, Inc., and Cargill
> Investor Services, Inc., Index No. 07-CV-3287 (RJH)

Dear Judge Holwell:

We represent defendants CIS Financial Services, Inc.; Cargill, Incorporated; and Cargill Investor Services, Inc. (collectively, "Defendants") in the above-referenced matter.

We write regarding Defendants' motion to dismiss, which was the subject of a pre-motion conference held on July 27, 2007. Following that conference, the Court fixed a briefing schedule by which Defendants' opening memorandum of law is to be filed by September 14, 2007; Plaintiffs' opposition papers are due by October 15, 2007; and Defendants' reply papers are due by October 30, 2007.

Notwithstanding Defendants' intent to file a motion to dismiss, the parties have begun to discuss the possibility of resolving this matter through means other than litigation. In order to allow the parties to explore fully this possibility, the parties request that the Court modify the above-described briefing schedule such that all dates are adjourned by two weeks.[1] Specifically, the parties request a schedule by which Defendants' opening brief would be due on September 28, 2007; Plaintiffs' opposition brief would be due on October 29, 2007; and Defendants' reply brief would be due on November 13, 2007. It is our hope that this additional time will permit the parties to resolve the dispute between them without the need for the Court's intervention.

---

[1] Plaintiffs' counsel, Michael B. Sena, is currently on vacation, but we have spoken to him and he joins in this request.

**DORSEY**

Honorable Richard J. Holwell
August 28, 2007
Page 2

We are grateful for the Court's attention.

Sincerely,

Jonathan M. Herman

cc:     Michael B. Sena, Esq., counsel for Plaintiffs (via electronic mail)

U.S.D.J. Richard J. Holwell

9/6/07
Date