UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| JF CORPORATION and INTERCITRUS EXPORT LTD., <br>               Plaintiff, <br><br> -against- <br><br> CIS FINANACIAL SERVICES, INC., CARGILL INC., and CARGILL INVESTOR SERVICES, INC., <br><br>               Defendants. | 07 Civ. 3287 <br> (Holwell, J.) <br><br> NOTICE OF <br> DISMISSAL |

----------------------------------------------------------------X

      PLEASE TAKE NOTICE, that JF Corporation and Intercitrus Export, Ltd., by their attorneys, Herzfeld & Rubin, P.C., 40 Wall Street, New York, New York 10005, hereby dismiss this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
        September 26, 2007

                                    Respectfully submitted,

                                    HERZFELD & RUBIN, P.C.

                                    Michael B. Sena, Esq. (0170)
                                    Attorneys for Plaintiffs
                                    JF Corporation and Intercitrus Export Ltd.
                                    40 Wall Street
                                    New York, New York 10005
                                    Tel: (212) 471-8527

To:
    Jonathan Herman, Esq.
    Dorsey & Whitney, LLP.
    Attorneys for Defendants
    250 Park Avenue
    New York, New York 10177