## AFFIDAVIT OF SERVICE

**07 Civ. 3287**

STATE OF NEW YORK )

ss.:

COUNTY OF NEW YORK )

BELINDA ROBINSON, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age, and resides in Brooklyn, New York.

On **Wednesday, September 26, 2007**, I served a true copy of the within

### NOTICE OF DISMISSAL

upon the parties shown below, at the addresses shown below, being the addresses designated by said parties, for that purpose, by depositing a true copy of same in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

TO:

Jonathan Herman, Esq.
Dorsey & Whitney, LLP.
Attorneys for Defendants
250 Park Avenue
New York, New York 10177

BELINDA ROBINSON

Sworn to before me this
26th day of September, 2007

Notary Public
MARION CICERO
Notary Public, State of New York
No. 01CI4790506
Qualified in Bronx County
Commission Expires July 31, 1999