USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JF CORPORATION and INTERCITRUS
EXPORT LTD.,
          Plaintiff,

-against-

CIS FINANACIAL SERVICES, INC., CARGILL
INC., and CARGILL INVESTOR SERVICES, INC.,

          Defendants.
------------------------------------------------------------X

07 Civ. 3287
(Holwell, J.)

NOTICE OF
**DISMISSAL**

    PLEASE TAKE NOTICE, that JF Corporation and Intercitrus Export, Ltd., by their attorneys, Herzfeld & Rubin, P.C., 40 Wall Street, New York, New York 10005, hereby dismiss this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       September 26, 2007

          Respectfully submitted,

          HERZFELD & RUBIN, P.C.

          _____
          Michael B. Sena, Esq. (0170)
          Attorneys for Plaintiffs
          JF Corporation and Intercitrus Export Ltd.
          40 Wall Street
          New York, New York 10005
          Tel: (212) 471-8527

To:
    Jonathan Herman, Esq.
    Dorsey & Whitney, LLP.
    Attorneys for Defendants
    250 Park Avenue
    New York, New York 10177

The Clerk of the Court is directed to close this case.

SO ORDERED:
Date: 11/13/07
Richard J. Holwell, U.S.D.J.